```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL No. 5:06cr35DCB-LRA

KATHERINE HICKS                                          DEFENDANT

## JUDGMENT OF ACQUITTAL

This matter having come before the Court for trial with a jury on October 10, 2006, and the jury having found the defendant not guilty and having acquitted her;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the defendant, Katherine Hicks, as to the sole count in the indictment, the said defendant having been acquitted on the date above mentioned, and the Clerk of this Court is instructed to place of record this Judgment of Acquittal as to the sole count set forth in the indictment.

SO ORDERED AND ADJUDGED, this the 31st day of October, 2006.

                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE